IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

      Plaintiff,                  1:06-CV-00491 ALA P

     vs.

CHENIK, M.D., et al.,

       Defendants.           <u>ORDER</u>

_____/

      Plaintiff Silvester Gomez is a state prisoner proceeding pro se and informa pauperis. On April 26, 2006, plaintiff filed a complaint seeking relief pursuant to 42 U.S.C. § 1983. On December 17, 2007, this court screened that complaint and found that plaintiff has stated a colorable claim for relief against defendants Chenik, Greeves, Hasadsri and Thirakomen, but not defendants Freidman, Johnston, Smith, German, Salinas, Grannis, Klarich or Reynolds.

      Plaintiff was given thirty-five days to file an amended complaint. Plaintiff has not done so. Therefore, defendants Freidman, Johnston, Smith, German, Salinas, Grannis, Klarich and Reynolds are dismissed from this action. Plaintiff will proceed against defendants Chenik, Greeves, Hasadsri and Thirakomen.

      Accordingly, IT IS HEREBY ORDERED that:

          1. Service is appropriate for the following defendants:

1        a. Chenik

2        b. Greeves

3        c. Hasadsri

4        d. Thirakomen

5     2. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons,

6  an instruction sheet and a copy of the complaint filed April 26, 2006.

7     3. Within thirty-five (35) days from the date of this order, plaintiff shall complete

8  the attached Notice of Submission of Documents and submit the following documents to the

9  court:

10       a. The completed Notice of Submission of Documents;

11       b. One completed summons;

12       c. One completed USM-285 form for each defendant listed in number 3

13       above; and

14       d. 5 copies of the endorsed complaint filed April 26, 2006.

15    4. Plaintiff need not attempt service on defendants and need not request waiver of

16 service. Upon receipt of the above-described documents, the court will direct the United States

17 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

18 without payment of costs.

19    5. Defendants Freidman, Johnston, Smith, German, Salinas, Grannis, Klarich and

20 Reynolds are dismissed.

21 /////

22 DATED: February 4, 2008

23

24           /s/ Arthur L. Alarcón
                   UNITED STATES CIRCUIT JUDGE

25           Sitting by Designation

26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTER GOMEZ, | |
| Plaintiff, | 1:06-CV-00491 ALA P |
| vs. | |
| CHENIK, M.D., et al., | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____ / | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ completed summons form

    ____ completed USM-285 forms

    ____ copies of the _____
                          Complaint/Amended Complaint

DATED:

                                         _____
                                         Plaintiff