IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

     Plaintiff,                   1:06-CV-00491 ALA P

   vs.

CHENIK, M.D., et al.,

     Defendants.           ORDER TO SHOW CAUSE

_____/

     Plaintiff Silvester Gomez is a state prisoner proceeding pro se and informa pauperis. On February 4, 2008, plaintiff was ordered to submit a completed Notice of Submission of Documents form, together with other documents necessary for service of process within thirty-five days. Plaintiff has failed to do so.

     Accordingly, IT IS HEREBY ORDERED that plaintiff show cause within twenty-one (21) days as to why this matter should not be dismissed for plaintiff's failure to comply with the court's February 4, 2008, order. Failure to respond may result in dismissal.

/////

DATED: March 21, 2008                       /s/ Arthur L. Alarcón
                                                     UNITED STATES CIRCUIT JUDGE
                                                       Sitting by Designation

1