IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

    Plaintiff,                    1:06-CV-00491 ALA P

    vs.

CHENIK, M.D., et al.,

    Defendants.         <u>ORDER</u>

_____/

    Plaintiff Silvester Gomez is a state prisoner proceeding pro se and informa pauperis. On March 24, 2008, plaintiff notified the court that he received the forms necessary to complete service of process but not the associated court order. Plaintiff will therefore be reserved with that order.

    Accordingly, IT IS HEREBY ORDERED that the Clerks Office reserve plaintiff with the court's February 4, 2008, order, together with the appropriate additional documents.

/////

DATED: March 25, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation