IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

      Plaintiff,                    Case No. 1:06-cv-00491 ALA (P)

      vs.

CHENIK, M.D., et al.,

      Defendants.             <u>ORDER</u>

_____/

      On March 21, 2008, this Court ordered Plaintiff to show cause for his failure to submit a completed Notice of Submission of Documents Form as per this Court's Order dated February 4, 2008. (Docs. 15, 16). In compliance with this Court's Order, Plaintiff submitted the requisite documents on March 31, 2008. (Doc. 20). Plaintiff also filed an explanation for his untimely filing of the documents. (Doc. 23).

      Good cause shown, it is HEREBY ORDERED that this Court's Order to Show Cause is VACATED. (Doc. 16.)

/////

DATED: May 29, 2008                      /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation

1