1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SILVESTER GOMEZ,

11              Plaintiff,                    Case No. 1:06-cv-00491 ALA (P)

12         vs.

13    CHENIK, M.D., et al.,

14              Defendants.                   ORDER

15    _____/

16         Defendants filed a motion requesting an extension of time to submit their pleading to this

17    Court. (Doc. 29).  Good cause appearing, IT IS HEREBY ORDERED that Defendants file their

18    responsive pleading on or before August 25, 2008.

19    /////

20    DATED: July 14, 2008

21                                            /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT  JUDGE
22                                            Sitting by Designation

23

24

25

26

                                              1