IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

    Plaintiff,                    Case No. 1:06-cv-00491 ALA (PC)

    vs.

CHENIK, M.D., et al.,

    Defendants.             <u>ORDER</u>

_____/

      As per this Court's Order (Doc. 15), Mr. Gomez filed service documents to proceed against Defendants Chenik, Greeves, Hasadsri and Thirakomen. (Doc. 20). On May 6, 2008, this Court ordered the United States Marshall to notify the aforesaid Defendants of the instant action. (Doc. 24). To date, Defendant Hasadsri filed an Answer ( Doc. 31), Defendant Greeves summons was returned unexecuted (Doc. 26), and Defendants Chenik and Thirakomen have not been located to serve. As to Defendant Greeves, the remarks on Form USM-285 note that the United States Marshall mailed the service documents on May 8, 2008, and also provides that Defendant Greeves, "returned to home country. [N]o finding info." (Doc. 26).

      Rule 4(m) of the Federal Rules of Civil Procedure provides that

> [i]f a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made

1

1  within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.
2  /////
3  Accordingly, IT IS HEREBY ORDERED that Mr. Gomez file a response to this order,
4  on or before October 24, 2008, to show cause why this Court should not dismiss Defendants
5  Greeves, Chenik and Thirakomen from this action.
6  /////
7  DATED: September 18, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2