IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

    Plaintiff,                      Case No. 1:06-cv-00491 ALA (P)

    vs.

CHENIK, M.D., et al.,

    Defendants.               ORDER

_____/

    Plaintiff Silvester Gomez ("Plaintiff") proceeds *pro se* and *in forma pauperis* in this civil rights action. On October 28, 2008, Plaintiff requested that this Court appoint counsel to represent him pursuant to 28 U.S.C. § 1915(e)(1). (Doc. 34).

    A district court may "request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). In § 1983 cases brought by indigent litigants, the decision to appoint counsel lies within "the sound discretion of the [district] court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). "A finding of exceptional circumstances . . . requires at least an evaluation of the likelihood of the plaintiff's success on the merits and an evaluation of the plaintiff's ability to articulate his claims 'in light of the complexity of the legal issues involved.'" *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004) (quoting *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir.

1986).

     In the instant matter, Plaintiff named four defendants, yet service is complete only as to Defendant Hasadsri. This Court, therefore, cannot adequately evaluate the likelihood of Plaintiff's success on the merits.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an appointment of counsel be DENIED without prejudice.

/////

DATED: October 30, 2008

                                                 /s/ Arthur L. Alarcón
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation