IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

     Plaintiff,                 Case No. 1:06-cv-00491 ALA (P)

    vs.

CHENIK, M.D., et al.,

     Defendants.          <u>ORDER</u>

                              /

On May 2, 2008, this Court directed the United States Marshal to notify Defendants Chenik, Greeves, Hasadri and Thirakomen of the commencement of this action and to request a waiver of service in accordance with the provisions or Rule 4(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) (Doc. 24). This Court ordered the United States Marshal to "file returned waivers of service as well as any requests for waiver of service that are returned as undelivered as soon as they are received." (*Id*.). As of November 3, 2008, the docket report reflects that the United States Marshal has not filed an executed or unexecuted waiver of service for Defendant Thirakomen.

In its May 2, 2008, order, this Court further ordered that "[i]f a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal" shall personally serve process upon that defendant. (*Id*.). The prescribed sixty

1

day time parameter has elapsed.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States Marshal personally serve process and a copy of this Court's order, (Doc. 24), on Defendant Thirakomen before November, 10, 2008; and

2. Within ten (10) days after personal service is effected, the United States Marshal shall file the return of service for Defendant Thirakomen, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said Defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the United States Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Cost of these services will be taxed against Defendant Thirakomen in accordance with Rule 4(d)(2) of the Federal Rules of Civil Procedure.

/////

DATED: November 3, 2008

/s/ Arthur L. Alarcón

UNITED STATES CIRCUIT JUDGE
Sitting by Designation

PDF created with pdfFactory trial version www.pdffactory.com