IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

    Plaintiff,                   Case No. 1:06-cv-00491 ALA (P)

    vs.

CHENIK, M.D., et al.,

    Defendants.             ORDER

_____/

    Mr. Silvester Gomez ("Plaintiff") is a state prisoner who proceeds pro se and *in forma pauperis* pursuant to 28 U.S.C. § 1915. Defendants Chenik and Greeves have not yet been served in this action. On December 19, 2008, this Court ordered Plaintiff to file completed USM-285 forms for Defendants Chenik and Greeves with this Court on or before December 30, 2008, and warned that Plaintiff's failure to comply with the order would result in the dismissal of Defendants Greeves and Chenik from this action. Plaintiff has failed to file the required USM-285 forms or otherwise comply with the Court's order.

/////

/////

/////

/////

1

1 | Accordingly, for the reasons set forth in the Court's December 19, 2008 order, IT IS
2 | HEREBY ORDERED that Defendants Greeves and Chenik are DISMISSED from this action.
3 | ////
4 | DATED: January 8, 2009
5 | /s/ Arthur L. Alarcón
  | UNITED STATES CIRCUIT  JUDGE
6 | Sitting by Designation