IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

    Plaintiff,                    Case No. 1:06-cv-00491 ALA (P)

    vs.

CHENIK, M.D., et al.,

    Defendants.                <u>ORDER</u>

_____/

    On February 20, 2009, Plaintiff Silvester Gomez ("Plaintiff") filed a motion for a forty-five-day extension to provide Defendants T. Hasadri, M.D. and K. Thirakomen's ("Defendants") a response to their discovery requests. (Doc. 47). On February 25, 2009, this Court ordered Defendants' to respond to Plaintiff's request for an extension on or before March 3, 2009. (Doc. 48). On March 2, 2009, Defendants filed a motion for a ten-day extension to respond to Plaintiff's request. (Doc. 48).

    Good cause appearing, IT IS HEREBY ORDERED that Defendants provide this Court a response to Plaintiff's request for an extension of time to furnish the requested discovery on or before March 13, 2009.

DATED: March 3, 2009                      /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation