IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

    Plaintiff,                 Case No. 1:06-cv-00491 ALA (P)

    vs.

CHENIK, M.D., et al.,

    Defendants.            <u>ORDER</u>

_____/

    This Court issued a scheduling order on January 9, 2009, that permitted the parties to conduct discovery until March 4, 2009. (Doc. 46 at 5). The parties were also ordered to file any necessary motions to compel discovery on or before March 11, 2009. (*Id*.). On February 20, 2009, Plaintiff requested a forty-five day extension to respond to Defendants' propounded interrogatories and document requests. (Doc. 47). Plaintiff expressed difficulty in obtaining documents and information that he claimed are maintained at the Bob Wiley Detention Facility. (*Id*.).

    Defendants do not object to a forty-five day extension of time for Plaintiff to respond to their interrogatories and production requests. (Doc. 51 at 5).

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for a forty-five day extension to respond to Defendants'

1

propounded discovery requests is GRANTED.

2. The parties shall fulfill outstanding discovery requests that comport with this Court's scheduling order, (Doc. 46), on or before April 20, 2009; and

3. The parties shall file any motions necessary to compel discovery, which relate to Plaintiff's request for an extension of time, on or before April 27, 2009.

/////

DATED: March 18, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation