IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

      Plaintiff,                    Case No. 1:06-cv-00491 ALA (P)

   vs.

CHENIK, M.D., et al.,

      Defendants.           <u>ORDER</u>

_____/

      On March 16, 2009, Plaintiff Silvester Gomez ("Plaintiff") requested that the Clerk of Court provide him with "ten (10) subpoena forms to subpoena witness[es] to appear at trial . . ." (Doc. 55). Additionally, he requested three (3) "CR-125/JV 525" forms to obtain medical records.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of Court mail Plaintiff the requested forms to his address of record, which is also referenced on this request.

/////

DATED: March 18, 2009

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation