IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

      Plaintiff,                       Case No. 1:06-cv-00491 ALA (P)

    vs.

CHENIK, M.D., et al.,                 <u>ORDER</u>

      Defendants.

_____/

      On April 3, 2009, Defendants filed a motion to extend the scheduling order in this matter. They request a ninety-day extension of the date for the filing of pretrial motions until July 15, 2009, and modification of the scheduled dates for the filing of pretrial statements and the trial. That request is denied. This matter has been pending for almost three years.

      Any delay in the currently scheduled trial date will result in the disruption of this Court's scheduling of trials in other matters, and will interfere with this Court's appellate responsibilities.

      Accordingly, IT IS HEREBY ORDERED that:

1.     All pretrial motions, except motions to compel discovery, shall be filed on or before **April 27, 2009**. Motions shall be briefed in accordance with paragraph 2 of this Court's Second Informational order.

8. Plaintiff shall file and serve any motions necessary to obtain the attendance of incarcerated witnesses at trial on or before **April 29, 2009**.

9. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of unincarcerated witnesses at trial on or before **May 26, 2009**. Defendants shall file their pretrial statement on or before **June 1, 2009**. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

10. Pretrial conference (as described in Local Rule 16-282) is set in this case for **June 5, 2009**. The pretrial conference shall be conducted on the file only, without appearance by either party.

11. This matter is set for jury trial before the Honorable Arthur L. Alarcón on **June 15, 2009** at 9:00 a.m. in Courtroom 8.

/////

DATED: April 6, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation