IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

    Plaintiff,

vs.

CHENIK, M.D., et al.,

    Defendants.

Case No. 1:06-cv-00491 ALA (P)

<u>ORDER</u>

On April 27, 2009, Defendants Thirakomen and Hasadsri ("Defendants") filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 78-230(m) pursuant to the Local Rules of the United States District Court for the Eastern District of California. (Doc. 63). Defendant Hasadsri has also filed an additional declaration in support of this motion. (Doc. 64).

Plaintiff shall file an opposition "not more than eighteen (18) days, plus three (3) days for mailing . . . after the date of service of the motion." L.R. 78-230(m). If Plaintiff does not oppose Defendants' motion, he shall "serve and file a statement to that effect, specifically designating the motion in question." *Id*. Plaintiff's " [f]ailure . . . to file opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id*.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff file an opposition or a statement of no opposition in response to Defendants' motion for summary judgment on or before May 19, 2009.

/////

DATED: April 28, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation