IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVESTER GOMEZ,

    Plaintiff,                  Case No. 1:06-cv-00491 ALA (P)

vs.

CHENIK, M.D., et al.,

    Defendants.               ORDER

_____/

On June 5, 2009, this Court vacated the jury trial set for June 15, 2009.

Accordingly, IT IS HEREBY ORDERED that:

1. This Court's order and writ of habeas corpus ad testificandum, dated May 14, 2009, (Doc. 71), requiring that the Warden of the Tulare County Jail, Bob Wiley Detention Facility, produce Plaintiff Silvester Gomez at the June 15, 2009, jury trial, be VACATED; and

2. The Clerk of Court fax this order to the Warden at the Tulare County Jail, Bob Wiley Detention Facility.

**IT IS SO ORDERED**.

DATED: June 5, 2009                 /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

1